JOSEPH McGUIRE, DEFENDANT IN ERROR, v. THE CEN-
TRAL RAILROAD COMPANY, PLAINTIFF IN ERROR.

Submitted July 5, 1902—Decided November 10, 1902.

Where, in an action for negligence, the proof does not show negligence
in either party, the plaintiff cannot be permitted to recover from
the mere fact of the accident.

On error to the Hunterdon Common Pleas.

Before GUMMERE, CHIEF JUSTICE, and Justices VAN
SYCKEL, FORT and GARRETSON.

PER CURIAM.

Under the proof, when the plaintiff rested, the court should
have granted the motion of the defendant to nonsuit. If con-
tributory negligence was not shown, it was quite clear that
the plaintiff had not proven that the defendant had done any
negligent act, or negligently omitted to do any act, which
was the proximate cause of the injury to the plaintiff's cattle.

Where the proof does not show negligence in either party,
the plaintiff cannot be permitted to recover from the mere
fact of the accident. For the failure to nonsuit the judg-
ment should be reversed.